# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TANYA GUZZARDO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO.: |
| vs. | ) 1:17-cv-03198-ELR |
| | ) |
| DOLLAR TREE, INC.; DOLLAR TREE STORES, INC.; ROBERT SASSER; and GARY PHILBIN, | ) |
| | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW**, Plaintiff Tanya Guzzardo ("Plaintiff") and Defendants Dollar Tree, Inc., Dollar Tree Stores, Inc., Robert Sasser, and Gary Philbin ("Defendants"; with Plaintiff, collectively referred to as the "Parties," each individually, a "Party"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(ii), and jointly stipulate to dismiss Plaintiff's Complaint in this action, **WITHOUT PREJUDICE**, for the purpose of complying with the binding arbitration agreement between the parties.

Pursuant to the binding Arbitration Agreement, arbitration will be conducted in accordance with JAMS's Employment Arbitration Rules & Procedures.

Respectfully submitted this 14th day of December, 2017.

| **BARTON BLACK LAW, LLC** | **CONSTANGY, BROOKS, SMITH & PROPHETE LLP** |
|---|---|
| /s/ *D. Barton Black* | /s/ *Tim Newton* |
| D. Barton Black | Timothy R. Newton |
| Georgia Bar No. 119977 | GA Bar No. 542200 |
| bblack@bartonblacklaw.com | tnewton@constangy.com |
| Five Concourse Parkway | 230 Peachtree Street, N.W. |
| Suite 3200 | Suite 2400 |
| Atlanta, Georgia 30328 | Atlanta, Georgia 30303-1557 |
| Telephone: (404) 760-6014 | Telephone: (404) 525-8622 |
| Facsimile: (678) 606-9305 | |
| *Attorney for Plaintiff Tanya Guzzardo* | *Attorney for Defendants* |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.l (B).

This 14th day of December, 2017.

                      **BARTON BLACK LAW, LLC**

                      /s/ *D. Barton Black*
                      D. Barton Black
                      Georgia Bar No. 119977
                      bblack@bartonblacklaw.com

                      *Attorney for Plaintiff Tanya Guzzardo*

Five Concourse Parkway
Suite 3200
Atlanta, Georgia 30328
Telephone: (404) 760-6014
Facsimile: (678) 606-9305

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Timothy R. Newton
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
230 Peachtree Street, N.W.
Suite 2400
Atlanta, Georgia 30303-1557
tnewton@constangy.com

This <u>14th</u> day of December, 2017.

/s/ *D. Barton Black*
D. Barton Black
Georgia Bar No. 119977
bblack@bartonblacklaw.com

*Attorney for Plaintiff Tanya Guzzardo*

**BARTON BLACK LAW, LLC**
Five Concourse Parkway
Suite 3200
Atlanta, Georgia 30328
Telephone: (404) 760-6014
Facsimile: (678) 606-9305